**STATE of Missouri, Respondent,**

v.

**Michael A. FOLSOM, Appellant.**

**No. WD 34269.**

Missouri Court of Appeals,
Western District.

Nov. 1, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 28, 1983.

Application to Transfer Denied Feb. 15, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and MANFORD, JJ.

PER CURIAM.

ORDER

This is a direct appeal from a jury conviction for armed criminal action, in violation of § 571.015, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.